FILED BY ____ D.C.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 JUL 21  PM 3:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES, for the use and Benefit of, ASSET RECOVERY CONTRACTING, LLC | **JUDGMENT IN A CIVIL CASE** |
| VS | |
| SAFECO INSURANCE COMPANY OF AMERICA. | CASE NO: 03-2860 Ml/An |

Upon stipulation of the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Joint Stipulation of Dismissal filed July 18, 2005, this case is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and expenses.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

July 21, 2005
Date

_____
THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-22-05


54

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:03-CV-02860 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Kenneth Schrupp
SMITH & CASHION
424 Church St.
Ste. 1200
Nashville, TN 37219--230

John M. Gillum
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Joseph T. Getz
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Shawn R. Farrell
COHEN SEGLIAS PALLAS GREENHALL & FURMAN, PC
1515 Market Street
11th Floor
Philadelphia, PA 19102

Roy S. Cohen
COHEN SEGLIAS PALLAS GREENHALL & FURMAN, PC
1515 Market Street
11th Floor
Philadelphia, PA 19102

Honorable Jon McCalla
US DISTRICT COURT